IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

AVALON'S ASSISTED LIVING 11,
LLC, ETC.,

      Appellant,

 v.                                                                              Case No.  5D15-3348

AGENCY FOR HEALTH CARE
ADMINISTRATION,

      Appellee.

_____/

Opinion filed June 21, 2016

Administrative Appeal from the
Agency for Health Care
Administration.

John E. Terrel, of the Law Office of John
E. Terrel, P.A., Tallahassee, for Appellant.

Tracy Cooper George, Tallahassee, for
Appellee.

PER CURIAM.


      AFFIRMED.  See Fla. R. App. P. 9.315(a).


SAWAYA, EVANDER, and LAMBERT, J.J., concur.